FILED
2018 Sep-18 PM 01:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COMET CAPITAL LLC, ) <br> ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BLUE CROSS BLUE SHIELD OF ALABAMA, ) <br> et al., ) <br> ) <br>         Defendants. ) | Case No. 2:16-cv-00508-RDP |

**NOTICE OF APPEARANCE**

Please take notice that Evan R. Chesler, Christine A. Varney, Karin A. DeMasi and Lauren Roberta Kennedy of Cravath, Swaine & Moore LLP hereby appear as counsel of record for Defendant BlueCross BlueShield of Tennessee, Inc.

Dated:   September 18, 2018		Respectfully submitted,

							By:  /s/   Lauren Roberta Kennedy
							Evan R. Chesler
							Christine A. Varney
							Karin A. DeMasi
							Lauren Roberta Kennedy
							CRAVATH, SWAINE &
							MOORE LLP
							Worldwide Plaza
							825 Eighth Avenue
							New York, NY 10019
							Telephone: (212) 474-1000
							Facsimile: (212) 474-3700
							echesler@cravath.com
							cvarney@cravath.com
							kdemasi@cravath.com
							lkennedy@cravath.com

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Lauren Roberta Kennedy
Lauren Roberta Kennedy